**ALAN D. LEVINE**
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

ALAN D. LEVINE  
SUSANNE RAMKISHUN

(718) 793-6363  
FAX: (718) 261-0317  
E-MAIL: alandlaw@justice.com

March 8, 2021

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

      Re:  Ramlogan v. Caputo, et al.
           20 CV 5879 (JPC)

Dear Judge Lehrburger:

      I am the attorney for the plaintiff in this action.  I write, with the consent of the attorney for the defendants, to request a ninety-day extension of the discovery deadline and an adjournment of the settlement conference in this action.  The reason for this request is that the parties have not received all of the medical records from plaintiff's treatment providers in Florida.  Therefore, with apologies to the court for this further delay in the action, plaintiff is requesting that all discovery deadlines be extended ninety days.  Plaintiff further requests that the settlement conference scheduled for April 1, 2021, be adjourned to a date and time convenient for the court.

      Plaintiff thanks the court for its consideration of this request.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr
cc: LaDonna Sandford, Esq.

Plaintiff's request is granted in part.  All fact and expert discovery deadlines are extended by 90 days.  The parties are directed to file a revised Case Management Plan pursuant to Rule 3.B of the Court's Individual Rules and Practices in Civil Cases by March 15, 2021.

The parties shall direct their request for an adjournment of the settlement conference to the Honorable Robert W. Lehrburger, in accordance with Judge Lehrburger's Individual Practices in Civil Cases.

SO ORDERED.

Date: March 8, 2021

New York, New York

JOHN P. CRONAN
United States District Judge