

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LADONNA S. SANDFORD**
*Senior Counsel*
Phone: (212) 356-3156
Fax: (212) 356-3509
Email: lsandfor@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

May 27, 2021

**BY ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

      Re:    <u>Surujpaul Ramlogan v. Joseph Caputo, et al.</u>,
             20 CV 5879 (JPC)(RWL)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter, representing Defendants, City of New York and Joseph Caputo ("Defendants"). The parties write to respectfully request that the settlement conference currently scheduled for June 10, 2021, be adjourned *sine die*. This is the parties' third request for an adjournment of the settlement conference, the two previous requests have been granted.

      Plaintiff has alleged significant physical injuries, including "depressed, comminuted fracture of the right anterior maxillary wall; a mildly inferiorly depressed orbital floor fracture, with likely infraorbital canal involvement; and pnuemocephalus in the right seller region of his skull; and periorbital edema." *See* Docket Entry No. 1, at ¶ 34. However, to date Defendants are still awaiting receipt of medical records from four of the six medical providers for which Plaintiff has provided medical releases. An adjournment of this conference would permit necessary discovery and an exchange of information that would make the conference more fruitful. Specifically, the records from Plaintiff's medical providers. Additionally, Defendants are still awaiting a settlement demand from Plaintiff.

      Accordingly, the parties respectfully request that the Court adjourn the settlement conference currently scheduled for June 10, 2021, *sine die*, and grant the parties leave to file a letter requesting a settlement conference at a later date when it would be more productive. Thank you for your consideration in this matter.

                                    Respectfully submitted,

                                    LADONNA S. SANDFORD

2

cc: **BY ECF**
ALAN D. LEVINE, ESQ.
*Attorney for Plaintiff*

Based on the representations in this letter, the currently-scheduled settlement conference is adjourned sine die. The parties shall apprise the Court at the soonest they believe it would be productive to schedule a settlement conference. In determining when to contact the Court, the parties should keep in mind that there may be an approximate two months between the time they request the conference and the actual conference.

SO ORDERED:
5/27/2021

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE