# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

ALAN D. LEVINE  
───  
SUSANNE RAMKISHUN

(718) 793-6363  
FAX: (718) 793-0385  
E-MAIL: alan.levine@alandlaw.com

June 22, 2022

**VIA ECF**  
Honorable John P. Cronan  
United States District Judge  
500 Pearl Street  
New York, New York 10007

      Re:  Ramlogan v. Caputo, et al.  
          20 CV 5879 (JPC)

Dear Judge Cronan:

     I am the attorney for the plaintiff in the above-referenced action. I write to request an extension of time for plaintiff to serve his motion to amend his complaint, which motion is presently due on June 27, 2022. This is the first request for an extension of time for plaintiff to make this motion. The reason for this request is that I was ill and unable to work from June 13 through June 20, 2022, thereby completely derailing my work schedule. Because I have other deadlines and obligations pending, I need the additional time requested in which to prepare and serve plaintiff's motion. I have conferred with the attorney for the defendants, who has informed me that he consents to this request. Should the court grant this request, plaintiff's motion would be due to be served on July 25, 2022, defendants' response would be due on August 22, 2022 and plaintiff's reply, would be due on September 6, 2022. I thank the court for its consideration of this request.

                                     Very truly yours,

                                       ALAN D. LEVINE, ESQ.

ADL/sr  
cc: Andrew Spears, Esq.

> The request is granted. Plaintiff shall move by July 25, 2022, Defendants shall oppose by August 22, 2022, and Plaintiff shall reply by September 6, 2022.

SO ORDERED.  
Date: June 27, 2022  
     New York, New York

                               JOHN P. CRONAN  
                         United States District Judge