# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

ALAN D. LEVINE
SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 793-0385
E-MAIL: alan.levine@alandlaw.com

July 15, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:  Ramlogan v. Caputo, et al.
    20 CV 5879 (JPC)

Dear Judge Cronan:

    I am the attorney for the plaintiff in the above-referenced action. I write, with the consent of the attorney for the defendants, to request a four-week extension of plaintiff's deadline for serving his motion to amend the complaint pursuant to Fed. R. Civ. P. 15(c)(2)(1). The reason for this request is that, during a recent hospital stay, I was informed that I have a condition that is going to require scheduled treatment. At present, I am still occupied much of the time with testing and preliminary procedures. Consequently, I am requesting that plaintiff have until August 22, 2022, to serve his motion.

    I thank the court for its consideration of this request.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr
cc: Andrew Spears, Esq.

---

The request is granted. Plaintiff shall move by August 22, 2022, Defendants shall oppose by September 5, 2022, and Plaintiff shall reply by September 19, 2022.

SO ORDERED
Date: July 19, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge