# ALAN D. LEVINE

ATTORNEY AT LAW

118-21 QUEENS BOULEVARD, SUITE 504

FOREST HILLS, NEW YORK 11375

ALAN D. LEVINE  
SUSANNE RAMKISHUN

(718) 793-6363  
FAX: (718) 793-0385  
E-MAIL: alan.levine@alandlaw.com

August 26, 2022

**VIA ECF**  
Honorable John P. Cronan  
United States District Judge  
500 Pearl Street  
New York, New York 10007

    Re: Ramlogan v. Caputo, et al.  
        20 CV 5879 (JPC)

Dear Judge Cronan:

    I am the attorney for the plaintiff in the above-referenced action. I write, with the consent of the supervisor of the attorney for the defendants, to request, *nunc pro tunc*, a four-week extension of plaintiff's deadline for serving his motion to amend the complaint pursuant to Fed. R. Civ. P. 15(c)(2)(1). The reason for this request is that the press of other work, combined with the effects of the treatment I am receiving for my illness have slowed my progress on this matter. Consequently, I am requesting that plaintiff have until September 19, 2022, to serve his motion, with defendants' response due October 3, 2022, and plaintiff's reply due October 10, 2022.

    I thank the court for its consideration of this request.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/sr  
cc: Andrew Spears, Esq.

The request is granted. The Plaintiff's motion to amend the complaint shall be due by September 19, 2022; the Defendants' opposition shall be due by October 3, 2022; and the Plaintiff's reply shall be due by October 10, 2022.

SO ORDERED.  
Date: August 29, 2022  
New York, New York

JOHN P. CRONAN  
United States District Judge