

| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MARY K. SHERWOOD**<br>*Assistant Corporation Counsel*<br>msherwoo@law.nyc.gov<br>Phone: (212) 356-2425<br>Fax: (212) 356-3509 |
|---|---|---|

September 6, 2023

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

        Re:    Surujpaul Ramlogan v. Joseph Caputo, et al.,
                   20 CV 5879 (JPC)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants Wendy White and City of New York ("Defendants"). I write to respectfully request a *nunc pro tunc* six-day extension of time from September 5, 2023 to September 11, 2023 for Defendants to file their Reply to Plaintiff's 56.1 Statement of Undisputed Facts ("Plaintiff's 56.1 Statement"). Plaintiff consents to this extension.

      Due to an oversight by the undersigned, Defendants filed their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment without filing their response to Plaintiff's 56.1 Statement. (Dkt. No. 103). Defendants require additional time to thoroughly review plaintiff's factual assertions and the corresponding citations and prepare an appropriate response.

      Therefore, Defendants respectfully request a *nunc pro tunc* six-day extension of time from September 5, 2023 to September 11, 2023 for Defendants to file their Reply to Plaintiff's 56.1 Statement. Thank you for your consideration herein.

Respectfully submitted,

*Mary K. Sherwood*

Mary K. Sherwood
*Assistant Corporation Counsel*
Special Federal Litigation

The request is granted. Defendants' deadline to file a reply to Plaintiff's 56.1 Statement of Undisputed Facts is extended *nunc pro tunc* from September 5, 2023, to September 11, 2023.

SO ORDERED.
Date: September 7, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

cc:    All Counsel of Record (via ECF)