UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SURUJPAUL RAMLOGAN,

                Plaintiff,                20 **CIVIL** 5879 (JPC)

      -v-                                **<u>JUDGMENT</u>**

WENDY WHITE and THE CITY OF NEW YORK,,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2024, the Court grants Defendants motion for summary judgment in its entirety and Court dismisses with prejudice both of Ramlogan's causes of action. Judgment entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

      March 28, 2024

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                                **BY:**                      _____
                                                    **Deputy Clerk**